FILED
CLERK, U.S. DISTRICT COURT

06/18/2014

CENTRAL DISTRICT OF CALIFORNIA
BY:        AP        DEPUTY

1  Jocelyn Annette Johnson (Full Name)

2  5329 Clark Street (Address Line 1)

3  Lynwood CA, 90262 (Address Line 2)

4  (562)502-0546 (Phone Number)

5  Plaintiff in Pro Per

ORIGINAL

LODGED

2014 JUN -6 PM 3:36
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CA.
LOS ANGELES
BY:

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CV14-04407 JSL (AS)

| | |
|---|---|
| 11  Jocelyn Annette Johnson | ) Case No.: _____ |
| 12      Plaintiff, | ) (To be supplied by the Clerk) |
| 13  vs. | ) **Civil Rights Complaint Pursuant to** |
| 14  County of Los Angeles | ) **42 U.S.C. § 1983 (non-prisoners)** |
| 15  D.P.S.S, Sylvia D Franco | ) |
| 16  Maritza Cedeno | ) **Jury Trial Demanded:** ☑ Yes   ☐ No |
| 17  _____ | ) |
| 18      **Defendant(s).** | ) |

I/S
21

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1.    This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2.    Venue is proper pursuant to 28 U.S.C. § 1391 because Plaintiff reside in this district and defendants are local County employee

1

*Page Number*

Pro Se Clinic Form

# III. PARTIES

3.   Plaintiff Jocelyn Annette Johnson resides at:
*(your full name)*

5329 Clark Street

Lynwood CA, 90262 .
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4.   Defendant Sylvia D. Franco works at
*(full name of Defendant)*

Deparment of Public Social Services .
*(Defendant's place of work)*

Defendant's title or position is Eligibility Worker .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because: She was
Performing her duty as a eligibility worker
for D.P.S.S.

5.   Defendant Maritza Cedeno works at
*(full name of Defendant)*

Department of Public Social Services .
*(Defendant's place of work)*

Defendant's title or position is Eligibility Worker .
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☑ individual capacity                    ☑ official capacity

This Defendant was acting under color of law because: She was
Performing her duty as a eligibility
Worker for D.P.S.S.

2

*Page Number*

Pro Se Clinic Form

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

6. On April 20, 2012 I submitted a yearly redetermination application to the county of Los-Angeles department of Social Services! For cash aid for Micha Beatrice Johnson my granddaughter And Calfresh benefits for both my granddaught and myslef as a disabled house hold member. I also inquired about micha being eligible to recive,

7. AFDC, foster care, or Kin-Gap ms Sylvia D. Franco (EW) said she was not eligible, because I received guardianship from Probate Court. The documents submitted for verification of income, were, Social Security verification letter, And, earning assignment and order for Spousal Support(see Exhibit A) a Social Security benefit letter was submitted

8. every three months with QR7 report(see Exhibit B) earning assignment order for Spousal Support.

9. Eligibility Worker Sylvia D Franco did not
*Insert ¶ #*
Subtract the total Shelter Costs for a household
With a disabled member. Neither did ms.Franco
deduct medical and mileage costs(See Exhibit C)
Calfresh notice of denial or Pending Status.
Dated 5-11-12 Page 2. And(Exhibit D.) food Stamp
budget/Change form - age/disabled household dated,
month and year 5/12.

10. When the Case was remanded back to D.P.SS
*Insert ¶ #*
to be re-evaluated Eligibility Worker Maritza
Cedeno Subtracted an additional 35 dollars for
the medical and did not Calculate mileage properly.
Which made me net income ineligible. See
(Exhibit E) Decision Department of Health Care
Service dated 6-12-2012 and(Exhibit F) Notice
of action dated 7-3-12.

___.
*Insert ¶ #*

## V. CLAIMS

### Claim #1

11. *Insert ¶ #* Plaintiff realleges and incorporates by reference all of the paragraphs above.

12. *Insert ¶ #* Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right:

United States Constitution fourteenth, Amendment Section one, Due Process. Plus under the ADA 42 US Code § 12132 Discrimination Chapter 126, Subchapter II Part A. (ADA)

13. *Insert ¶ #* The above civil right was violated by the following Defendants:

Sylvia D. Franco Eligibility Worker at D.P.S.S. Maritza Cedeno Eligibility Worker at D.P.S.S. County of Los Angeles

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

___. *Insert ¶ #*

14. *Insert ¶ #* As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way:

Financial harm unable to make mortgage payment on time. And all other Creditor, financial trauma, and emotional stress.

5

Pro Se Clinic Form                    *Page Number*

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

15. An order enjoining defendants from

*Insert ¶ #*

Violating the ADA, and manual of Policies and

Procedures 63-502.33, 63-1101.25

16. Monetary Damages in the amount of

*Insert ¶ #*

4,000,000

___.
*Insert ¶ #*

___.
*Insert ¶ #*

Dated: June 6, 2014

Sign: Jocelyn Annette Johnson

Print Name: Jocelyn Annette Johnson

6

*Page Number*

Pro Se Clinic Form

1

## DEMAND FOR JURY TRIAL

2

3      Plaintiff hereby requests a jury trial on all issues raised in this complaint.

4

5                          Dated: June 6, 2014,

6                          Sign: Jocelyn Annette Johnson

7                          Print Name: Jocelyn Annette Johnson

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pro Se Clinic Form

(Exhibit A)

SOCIAL SECURITY ADMINISTRATION

Date: July 5, 2012
Claim Number: ~~████████████~~

434
SSA FIELD OFFICE

JUL 05 2012

COMPTON, CA

JOCELYN A JOHNSON
5329 CLARK ST
LYNWOOD CA 90262-5501

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

Beginning December 2011, the full monthly
Social Security benefit before any deductions is......$ 713.00

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 713.00
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

Date of Birth Information

The date of birth shown on our records is September 16, 1955.

Medicare Information

You are entitled to hospital insurance under Medicare beginning June 1993.

Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

(Exhibit B)

RECEIVED

FL-435

COPY

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Jocelyn A. Johnson<br>5329 Clark Street<br>Lynwood, CA 90262 | DEC 0 1 2010<br>SOUTH CENTRAL DISTRICT<br>OFFICE AND COURT STAFF |

TELEPHONE NO.:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: IN PRO PER

**ORIGINAL FILED**

JAN 07 2011

**LOS ANGELES
SUPERIOR COURT**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS:
MAILING ADDRESS: 200 W. Compton Blvd.
CITY AND ZIP CODE: Compton CA 90220
BRANCH NAME: South Central Dist. Compton Courthouse

PETITIONER/PLAINTIFF: Jocelyn A. Johnson

RESPONDENT/DEFENDANT: Eugene Johnson, Jr.

OTHER PARENT:

| EARNINGS ASSIGNMENT ORDER FOR SPOUSAL OR PARTNER SUPPORT<br>☐ Modification | CASE NUMBER:<br>TD034107 |
|---|---|

**TO THE PAYOR: This is a court order.** You must withhold a portion of the earnings of *(specify obligor's name and birthdate)*:
Eugene Johnson, Jr. DOB ~~█████████~~
and pay as directed below. *(An explanation of this order is printed on page 2 of this form.)*

**THE COURT ORDERS**

1. You must pay part of the earnings of the employee or other person who has been ordered to pay support, as follows:
   a. ☑ $ 800.00   per month current spousal or partner support
   b. ☐ $            per month spousal or partner support arrearages
   c. Total deductions per month:   $ 800.00

2. ☑ The payments ordered under item 1a must be paid to *(name, address)*:
   Jocelyn Johnson 5329 Clark Street, Lynwood, CA 90262

3. ☐ The payments ordered under item 1b must be paid to *(name, address)*:

4. The payments ordered under item 1 must continue until further written notice from the payee or the court.

5. ☐ This order modifies an existing order. **The amount you must withhold may have changed.** The existing order continues in effect until this modification is effective.

6. This order affects all earnings that are payable beginning as soon as possible but not later than 10 days after you receive it.

7. You must give the obligor a copy of this order and the blank *Request for Hearing Regarding Earnings Assignment* (form FL-450) within 10 days.

8. ☑ Other *(specify)*: Respondent is ordered to pay petitioner spousal support, commencing 12/15/10 on the 1st and half on 15th of each month for ten years.

9. For the purposes of this order, spousal or partner support arrearages are set at: $ ___ as of *(date)*:

Date: 1/7/11

STEPHEN M. LOWRY
JUDICIAL OFFICER

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>FL-435 [Rev. January 1, 2005] | **EARNINGS ASSIGNMENT ORDER FOR SPOUSAL<br>OR PARTNER SUPPORT**<br>(Family Law) | Family Code, §§ 299(d), 5208;<br>Code of Civil Procedure, § 706.031;<br>15 U.S.C. §§ 1672–1673<br>www.courtinfo.ca.gov |
|---|---|---|

(Exhibit C)

006 CUDAHY
8130 S ATLANTIC AVE
CUDAHY CA 90201

COUNTY OF LOS ANGELES

STATE OF CALIFORNIA
HEALTH AND WELFARE AGENCY
DEPARTMENT OF SOCIAL SERVICES

| | |
|---|---|
| NOTICE DATE: | 05/11/2012 |
| CASE NAME: | JOCELYN JOHNSON |
| CASE / FILE NUMBER: | B1DRY60 / D209 |
| **WORKER NAME:** | **Sylvia D Franco** |
| TELEPHONE NUMBER: | (323) 560-5173 |
| QR CYCLE NUMBER: | 01 |
| **CUSTOMER ID:** | **185-402-8660** |

# CALFRESH NOTICE OF DENIAL OR PENDING STATUS

JOCELYN JOHNSON
5329 CLARK ST
LYNWOOD CA 90262

Questions? Ask Your Worker

The County has denied your application for CalFresh benefits dated 05/09/2012.

Here's Why :

Your household's gross income is higher than the limit of $ 1594.00 for  2 person(s).

Your Household's income is figured on this notice.

**State Hearing:** If you think this action is wrong, you can ask for a hearing. The back of this page tells you how. Your benefits may not be changed if you ask for a hearing before this action takes place.

**Rules:** These rules apply; you may review them at your welfare
office:    CalFresh Manual Section(s): 63-409, 63-503.3, 63-1101, 63-1101.31

DFA-377FS-GRS

## YOUR HEARING RIGHTS

**You have the right to ask for a hearing if you disagree with any county action. You have only 90 days to ask for a hearing. The 90 days started the day after the county gave or mailed you this notice. If you have a good cause as to why you were not able to file for a hearing within the 90 days, you may still file for a hearing. If you provide good cause, your request may still be scheduled.**

If you ask for a hearing <u>before</u> an action on Cash Aid, Medi-Cal, CalFresh (Food Stamps), or Child Care takes place:

- Your Cash Aid or Medi-Cal will stay the same while you wait for a hearing.
- Your Child Care Services may stay the same while you wait for a hearing.
- Your CalFresh (Food Stamps) will stay the same until the hearing or the end of your certification period, whichever is earlier.

**If the hearing decision says we are right, you will owe us for any extra Cash Aid, CalFresh (Food Stamps) or Child Care Services you got.**
To let us lower or stop your benefits before the hearing, check below:

Yes, lower or stop: ☐ Cash Aid   ☐ CalFresh (Food Stamps)
☐ Child Care

**While You Wait for a Hearing Decision for:**

<u>Welfare to Work:</u>

You do not have to take part in the activities.

You may receive child care payments for employment and for activities approved by the county before this notice.

If we told you your other supportive services payments will stop, you will not get any more payments, even if you go to your activity.

If we told you we will pay your other supportive services, they will be paid in the amount and in the way we told you in this notice.

- To get those supportive services, you must go to the activity the county told you to attend.
- If the amount of supportive services the county pays while you wait for a hearing decision is not enough to allow you to participate, you can stop going to the activity.

**OTHER INFORMATION**

**Medi-Cal Managed Care Plan Members:** The action on this notice may stop you from getting services from your managed care health plan. You may wish to contact your health plan membership services if you have questions.

**Child and/or Medical Support:** The local child support agency will help collect support at no cost even if you are not on cash aid. If they now collect support for you, they will keep doing so unless you tell them in writing to stop. They will send you current support money collected but will keep past due money collected that is owed to the county.

**Family Planning:** Your welfare office will give you information when you ask for it.

**Hearing File:** If you ask for a hearing, the State Hearing Division will set up a file. You have the right to see this file before your hearing and to get a copy of the county's written position on your case at least two days before the hearing. The state may give your hearing file to the Welfare Department and the U.S. Departments of Health and Human Services and Agriculture. **(W&I Code Sections 10850 and 10950.)**

---

## TO ASK FOR A HEARING:

- Fill out this page.
- Make a copy of the front and back of this page for your records. If you ask, your worker will get you a copy of this page.
- Send or take this page to:

    Appeals & State Hearing Section
    P.O. Box 18890
    Los Angeles, CA 90018
    **OR**
- Call toll free: **1-800-952-5253** or for hearing or speech impaired who use TDD, **1-800-952-8349**

**To Get Help:** You can ask about your hearing rights or for a legal aid referral at the toll-free state phone numbers listed above. You may get free legal help at your local legal aid or welfare rights office.

Local Legal Aid Office: 800-399-4529 ext.3901

State Welfare Rights Organization: 310-603-3341

California Coalition of Welfare Rights Organization: 916-736-0616

**If you do not want to go to the hearing alone, you can bring a friend or someone with you.**

### HEARING REQUEST

I want a hearing due to an action by the Welfare Department of
_____ County about my:

☐ Cash Aid   ☐ CalFresh(Food Stamps)   ☐ Medi-Cal
☐ Other  (list) _____

Here's why: _____
_____
_____
_____
_____

☐ **If you need more space, check here and add a page.**

☐ I need the state to provide me with an interpreter at no cost to me. (A relative or friend cannot interpret for you at the hearing.)

My language or dialect is: _____

| NAME OF PERSON WHOSE BENEFITS WERE DENIED, CHANGED OR STOPPED | |
|---|---|
| BIRTHDATE | PHONE NUMBER |
| STREET ADDRESS | |
| CITY | STATE            ZIP CODE |
| SIGNATURE | DATE |
| NAME OF PERSON COMPLETING THIS FORM | PHONE NUMBER |

☐ **I want the person named below to represent me at this hearing. I give my permission for this person to see my records or go to the hearing for me. (This person <u>can be</u> a friend or relative but cannot interpret for you.)**

| NAME | PHONE NUMBER |
|---|---|
| STREET ADDRESS | |
| CITY | STATE            ZIP CODE |

---

TEMP NA BACK 9  (TEMPORARILY REPLACES NA BACK 8 AND EP 5) (REVISED 9/2011) REQUIRED FORM - NO SUBSTITUTE PERMITTED

# NOTICE OF ACTION

COUNTY OF LOS ANGELES

STATE OF CALIFORNIA
HEALTH AND WELFARE AGENCY
DEPARTMENT OF SOCIAL SERVICES

CALFRESH DENIAL Continuation Page

| | |
|---|---|
| NOTICE DATE: | 05/11/2012 |
| CASE NAME: | JOCELYN JOHNSON |
| CASE / FILE NUMBER: | B1DRY60 / D209 |
| **WORKER NAME:** | **Sylvia D Franco** |
| WORKER PHONE: | (323) 560-5173 |
| QR CYCLE NUMBER: | 01 |
| **CUSTOMER ID:** | **185-402-8660** |

Income Averaging For: _May / 2012_ through _July / 2012_

**Self-Employment:**

| | | |
|---|---|---|
| Income Month of _____ | $_____ | |
| Income Month of _____ | +_____ | |
| Income Month of _____ | +_____ | |
| Total Income | =_____ | |
| Average Income (Divide By Number of Months) | =_____ | |
| | | |
| Earned Income Month of _____ | $_____ | |
| Earned Income Month of _____ | +_____ | |
| Earned Income Month of _____ | +_____ | |
| Total Earned Income | =_____ | |
| Averaged Earned Income (Divide By Number of Months) | =_____ | |
| | | |
| Unearned Income Month of _May / 2012_ | $ 1498.31 | |
| Unearned Income Month of _June / 2012_ | + 1498.31 | |
| Unearned Income Month of _July / 2012_ | + 1498.31 | |
| Total Unearned Income | = 4494.93 | |
| Average Unearned Income (Divide By Number of Months) | = 1498.31 | |
| | | |
| Dependent Expense Month of _____ | $_____ | |
| Dependent Expense Month of _____ | +_____ | |
| Dependent Expense Month of _____ | +_____ | |
| Total Dependent Expense | =_____ | |
| Averaged Expense (Divide By Number of Months) | =_____ | |
| | | |
| Medical Expense Month of _____ | $_____ | |
| Medical Expense Month of _____ | +_____ | |
| Medical Expense Month of _____ | +_____ | |
| Total Medical Expense | =_____ | |
| Averaged Expense (Divide By Number of Months) | =_____ | |

Monthly CalFresh Budget

Report Month _____ May / 2012

Household Size _____ 2

| | |
|---|---|
| Reported Gross Income (Actual) | $ 1849.31 |
| Adjustment for Cash Aid Penalties | $ 0.00 |
| Child Support | - $ 0.00 |
| Net Countable Income | $ 1849.31 |

| Allowable Expenses | |
|---|---|
| Housing(Actual) | $ 789.75 |
| Standard Utility Allowance (SUA) | $ 329.00 |
| Limited Utility Allowance (LUA) | $ 0.00 |
| Telephone Utility Allowance (TUA) | $ 0.00 |
| Dependent Care | $ 0.00 |
| Medical | $ 0.00 |

Issuance Month _____ May / 2012

| | |
|---|---|
| Current Month Allotment | $ 0.00 |
| Less Allotment Reduction | - $ 0.00 |
| Total CalFresh Allotment | = $ 0.00 |

QR 377.1A FS Continuation Page - Quarterly Reporting Budget

(Exhibit D)

COUNTY OF LOS ANGELES                                    DEPARTMENT OF PUBLIC SOCIAL

## FOOD STAMP BUDGET/CHANGE FORM - AGED/DISABLED HOUSEHOLD

| CASE NAME Jocelyn Johnson | CASE NUMBER BIDRY60 | PERIOD From | To |
|---|---|---|---|

**CLASSIFICATION** ☐ PA-CE (PS 1) ☐ NA (PS 2) ☐ MIXED (PS 3) ☐ PA IPV (PS 4)

| **PART I GROSS INCOME ELIGIBILITY** | EFF. MO/YR 5112 | EFF. MO/YR _____ |
|---|---|---|
| A. GROSS EARNINGS | $ 0 | $_____ |
| B. 80% OF A (GROSS EARNING) | $ 0 → $ 0 | $_____ → $_____ |
| C. GROSS UNEARNED INCOME | $1498.31 | $_____ |
| D. AFDC OR GR GRANT | + 351.00 | +_____ |
| E. TOTAL UNEARNED INCOME (C+D) | $1849.31 +1849.31 | $_____ → +_____ |
| F. TOTAL NONEXEMPT INCOME (B+E) | $1849.31 | $_____ |

| **PART II   NET INCOME ELIGIBILITY** | | |
|---|---|---|
| A. STANDARD/DEPENDENT CARE/CHILD SUPPORT/ MEDICAL/HOMELESS DEDUCTION | | |
| 1. STANDARD DEDUCTION | $~~134~~ 147 | $134_____ |
| 2. DEPENDENT CARE* Maximum = $200/under age 2  = $175 age 2 and older | +_____ | +_____ |
| 3. CHILD SUPPORT OBLIGATION PAID | +_____ | +_____ |
| 4. EXCESS MEDICAL EXPENSE* | +123.74 | +_____ |
| 5. HOMELESS SHELTER ALLOWANCE | +_____ | +_____ |
| 6. TOTAL DEDUCTION (1+2+3+4+5) | $270.74 → -270.74 | $_____ → -_____ |
| B. PRELIMINARY NET INCOME (IF - IIA6) | $1578.57 | |
| C. SHELTER DEDUCTION | | |
| 1. TOTAL SHELTER* | $1118.75 | $_____ |
| 2. 50% OF LINE B | 789.28 | -_____ |
| 3. EXCESS SHELTER COSTS | $329.47 -_____ | -_____ → -_____ |
| D. ADJUSTED NET INCOME (B minus C3) (Round at 50¢) | $1249 | $_____ |
| E. HOUSEHOLD SIZE/NET INCOME LIMIT | 2 /$ 1226 | /$_____ |

|  | Net Income Eligible ☐ Yes ☒ NO ☐ Categorically Eligible | Net Income Eligible ☐ Yes ☐ NO ☐ Categorically Eligible |
|---|---|---|

| **BENEFIT ALLOTMENT** | $ 0 | $_____ |
|---|---|---|

| DISPOSITION | Denied/Terminated_____ Code_____ Approved _____ | Denied/Terminated_____ Code_____ Approval _____ |
|---|---|---|

EW SIGNATURE/DATE _____ / _____                                    / _____

ES INITIALS _____

*Input <u>actual</u> costs to IBPS.

| **PART III   MEDICAL EXPENSES** | 1st MONTH | 2nd MONTH |
|---|---|---|
| A. TOTAL ALLOWABLE EXPENSE | $_____ | $_____ |
| B. EXCESS MEDICAL DEDUCTION ($35) | -_____ | -_____ |
| C. EXCESS MEDICAL EXPENSE | $_____ | $_____ |

Exhibit E

# DEPARTMENT OF HEALTH CARE SERVICES

*Hearing No.* **2012137028**

*In the Matter of Claimant(s):*

Jocelyn Johnson
5329 Clark St
Lynwood, CA 90262

# DECISION

Pursuant to the authority of the Director,
I adopt the attached final decision.

Adopt Date:   June 12, 2012

Hermine Honarvar-Rule
Administrative Law Judge

---

### State Hearing Record

| | | | |
|---|---|---|---|
| *Hearing Date:* | June 12, 2012 | *Release Date:* | June 12, 2012 |
| *Aid Pending:* | Not Applicable | *Issue Codes:* | [272-1] |
| *Agency:* | Los Angeles County | *Agency Representative:* | Ana Rosales |
| *Agency:* | | *Agency Representative:* | |
| *Authorized Rep. Organization:* | | *Authorized Rep.* | None |
| *SSN:* | | *SSN:* | |
| *AKA:* | | *AKA:* | |
| *Case Name:* | Jocelyn Johnson | *Language:* | English |
| *LA District/Case:* | 06/B1DRY60 | *Companion Case:* | |

---

### Appeal Rights

*You may ask for a rehearing of this decision by mailing a written request to the Rehearing Unit, 744 P Street, MS 9-17-37, Sacramento, CA 95814 within 30 days after you receive this decision. This time limit may be extended up to 180 days only upon a showing of good cause. In your rehearing request, state the date you received this decision and why a rehearing should be granted. If you want to present additional evidence, describe the additional evidence and explain why it was not introduced before and how it would change the decision. You may contact Legal Services for assistance.*

*You may ask for judicial review of this decision by filing a petition in Superior Court under Code of Civil Procedure §1094.5 within one year after you receive this decision. You may file this petition without asking for a rehearing. No filing fees are required. You may be entitled to reasonable attorney's fees and costs if the Court renders a final decision in your favor. You may contact Legal Services for assistance.*

*This decision is protected by the confidentiality provisions of Welfare and Institutions Code §10850.*

# SUMMARY

This case is remanded to Los Angeles County so that the county can re-evaluate claimant's eligibility for the CalFresh Program (formerly the Food Stamp Program) benefits effective May 9, 2012.

[272-1]

# FACTS

The county sent claimant a Notice of Action (NOA) on May 11, 2012 informing claimant that her CalFresh application dated May 9, 2012 was denied because her "household's gross income is higher that the limit of $1594.00 for 2 person(s)".

Claimant filed a request for this State Hearing on May 16, 2012 disputing the county's actions.

The county contends that claimant applied for CalFresh benefits on May 9, 2012 for herself and her granddaughter. The county further contends that claimant's CalFresh application was denied because the household income of $1,435 is higher than the $1,226 net income for a family of two persons with a disabled member.

It was undisputed that claimant's household income consists of Social Security Administration (SSA) Disability benefits, spousal support and cash aid benefits.

The county Appeals Specialist (AS) indicated that at the time of application, the county failed to allow claimant's medical expense deductions. The county AS offered a stipulation for the county to give claimant the opportunity to provide the needed information and verification to re-evaluate her eligibility for CalFresh benefits effective May 9, 2012.

Claimant declined the county's stipulation.

Claimant testified that she is a disabled person and that the county has been discriminating against her due to her disability. Claimant also testified that she wanted to re-open previous State Hearing Decision 2011047216 which was heard on May 19, 2011.

Claimant stated that she was previously denied CalFresh benefits.

# LAW

All the regulations cited refer to the Manual of Policies and Procedures (MPP), unless otherwise noted.

The standard deduction is $147 for households from one to three persons effective October 1, 2011. (ACIN I-62-11)

Effective October 1, 2011, the maximum shelter allowance was $459. (ACIN I-62-11)

The maximum limitation on the amount of the shelter cost deduction is not applicable to FS households which contain an elderly or disabled member as defined in §63-102e. (§63-502.35)

Excess medical costs excluding the costs of a special diet are allowable as a deduction if they exceed the amount specified in §63-1101. The amount specified in §63-1101.25 is $35. The

deduction is only available if the expense is incurred by a household member who is elderly or disabled as defined in §63-102e (now (e)). Allowable medical expense items include medical or dental care, hospitalization, prescription drugs and medical supplies, insurance premiums, Medicare premiums or Medi-Cal shares of cost, seeing eye or hearing dog costs, eye glass or contact lens costs, transportation expenses and the cost of maintaining an attendant. (§63-502.33)

At certification and recertification, households (HHs) with elderly or disabled members will be required to report and provide verification of all medical expenses. The HH's monthly medical deduction shall be based on the information reported and verified by the HH. (§63-503.253(a))

Medical expenses averaged over the certification period shall not be automatically based on past months' medical expenses. Those past expenses shall be used only as an indicator of estimated or reasonably anticipated expenses during the certification period. Fluctuating medical expenses (such as services and treatments received regularly, but less often than monthly, and fluctuating costs of prescription drugs) may be allowed as a deduction and averaged only if regularly recurring, reasonably anticipated, and verified to recur over the certification period. (§63-503.252(b))

Except for categorically eligible households and households with an elderly or disabled household member(s), the counties shall determine eligibility for FS benefits pursuant to the maximum gross income standards as promulgated and updated by the United States Department of Agriculture. The net income standard for a household of two persons as set forth in Handbook §63-1101.31 and set out in All-County Information Notice No. ACIN I-62-11, effective October 1, 2011 is $1,226. A household with income in excess of the standard is ineligible to receive FS. (§63-409.111)

Unearned income includes annuities, pensions, retirement or veteran's or disability benefits; worker's or unemployment compensation; social security benefits; striker's benefits (except compensation for picketing); foster care payments for FS household members; "and any deemed income from a sponsor who has signed an I-864 and/or I-864A paid to a sponsored noncitizen". (§63-502.142, as revised effective February 21, 2002)

Under MR/RB, and for change reporting households under QR/PB, to determine a food stamp household's net monthly income, when there is no elderly or disabled household member, the county shall use the steps listed below. For QR/PB households, the steps below shall be followed after income is averaged over the QR/PB Payment Quarter as specified in §63-509(a)(4):

The county shall use exact dollars and cents. The final figure shall be rounded up for calculations that end in 50 cents or more, and down otherwise.

(a)     Add the gross monthly income earned by all household members minus earned income exclusions.

(b)     Apply the earned income deduction (which is 20% of gross earned income) to the total gross earned income.

(c)     Add to net monthly earned income the total monthly unearned income of all household members, minus income exclusions.

Case 2:14-cv-04407-JLS-KK   Document 3   Filed 06/18/14   Page 22 of 29   Page ID #:59

COPY

(d)     Subtract the standard deduction which is $147 for one to three persons effective October 1, 2011.  (ACIN I-62-11)

(e)     Subtract monthly dependent care expenses, if any, up to the current maximum.  It is $200 for dependent children under age two and $175 for all other dependents.  (The cap on the deduction for dependent care expenses is eliminated effective October 1, 2008. Families eligible for the deduction are allowed to deduct the entire amount of dependent care expenses when calculating benefit levels.) (ACL 08-37)

(f)     Subtract the homeless shelter deduction (which was $143 as of October 1, 1995 and continuing).

(g)     Total the allowable shelter expenses (see §63-502.36) to determine shelter costs. Subtract from the total shelter costs 50% of the household's monthly income after all the above deductions have been subtracted.  The remaining amount, if any, is the excess shelter cost.

(h)     Subtract the excess shelter cost (up to the current maximum, which is $459 effective October 1, 2011) from the household's monthly income after all other deductions.  The household's net monthly income has been determined.

(§63-503.311; Handbook §63-1101.2; ACIN I-61-06 ACIN I-45-07; I-61-08; ACL 08-37)

If the household reports on the QR 7 that income from the QR Data Month will remain the same in the upcoming QR Payment Quarter or the county determines that income from the QR Data Month will remain the same in the upcoming QR Payment Quarter despite the household report that income will change, the county shall compute the food stamp allotment based on income reported for the QR Data Month.  If income is received weekly it shall be converted to monthly by using a 4.33 conversion factor.  If it is received bi-weekly, it shall be converted to monthly by using a 2.167 conversion factor.  The conversion figures may only be used if income is received weekly or bi-weekly throughout the upcoming QR Payment Quarter.  (§63-509(a)(5))

## CONCLUSION

CalFresh households which include an elderly or disabled person can receive a deduction for excess medical costs excluding the costs of a special diet if the expense is incurred by the elderly or disabled household member and the expenses exceed $35.

Claimant testified that she is a disabled person and that she received SSA Disability income.

Here, when the county evaluated claimant's CalFresh application dated May 9, 2012, the county did not obtain any information or verification from claimant regarding her medical expenses.  As such, this case must be remanded to the county so that the county can obtain information and verification of claimant's medical expenses to re-evaluate claimant's eligibility for CalFresh benefits effective May 9, 2012.

With respect to claimant's request to "re-open" State Hearing Decision 2011047216, claimant may request a rehearing by following the procedures set forth on the cover page of that State Hearing Decision.

COPY

## ORDER

The claim is granted.

Los Angeles County shall obtain information and verification of claimant's medical expenses to re-evaluate claimant's eligibility for CalFresh benefits effective May 9, 2012.

(Exhibit F)

006 Cudahy
8130 S Atlantic Ave
Cudahy CA 90201

COUNTY OF LOS ANGELES
HEALTH AND WELFARE AGENCY
DEPARTMENT OF SOCIAL SERVICES

# NOTICE OF ACTION
## *FOOD STAMPS*

DATE:                        07/03/2012
CASE NAME:                   JOCELYN   JOHNSON
CASE / FILE NUMBER:          B1DRY60 / FH02
WORKER NAME:
WORKER PHONE:

**JOCELYN  JOHNSON**
**5329 CLARK St**
**LYNWOOD CA 90262**

Questions? Ask Your Worker

**State Hearing:** If you think this action is wrong, you can ask for a hearing. The back of this page tells how. Your benefits may not be changed if you ask for a hearing before this action takes place.

*Based on State Compliance #2012137028 with adoption date of 06/12/2012, Los Angeles County re-evaluated your CalFresh application from 05/09/2012 as an Aged/Disabled individual.*

*$107.62 was allowed for Medical expenses on currect Medical and Prescription receipts provided.*

*The amount of $16.12 was allowed for Medical Transportation expenses based on the mileage expense reimbursement of the IRS standard rate for 2012 of $0.555/mile.*

*Your CalFresh application from 05/09/2012 has been denied due to excess income.*

*Your adjusted Net Income of $1249.00 exceed the Net Income Limit of $1226.00 for a household of (2) persons.*

*If you have any questions, please call:*

*Maritza Cedeno (323)560-5087*

**Rules:**  These rules apply; you may review them at your welfare
office:     *63-502.35, 63-502.36, 63-502.331(h)*

NOA-FF-FS

## YOUR HEARING RIGHTS

**You have the right to ask for a hearing if you disagree with any county action. You have only 90 days to ask for a hearing. The 90 days started the day after the county gave or mailed you this notice.If you have a good cause as to why you were not able to file for a hearing within the 90 days, you may still file for a hearing. If you provide good cause, your request may still be scheduled.**

**If you ask for a hearing <u>before</u> an action on Cash Aid, Medi-Cal, CalFresh (Food Stamps), or Child Care takes place:**

- Your Cash Aid or Medi-Cal will stay the same while you wait for a hearing.
- Your Child Care Services may stay the same while you wait for a hearing.
- Your CalFresh (Food Stamps) will stay the same until the hearing or the end of your certification period, whichever is earlier.

**If the hearing decision says we are right, you will owe us for any extra Cash Aid, CalFresh (Food Stamps) or Child Care Services you got.**
To let us lower or stop your benefits before the hearing, check below:

Yes, lower or stop: ☐ Cash Aid ☐ CalFresh (Food Stamps)
                 ☐ Child Care

**While You Wait for a Hearing Decision for:**

**Welfare to Work:**

You do not have to take part in the activities.

You may receive child care payments for employment and for activities approved by the county before this notice.

If we told you your other supportive services payments will stop, you will not get any more payments, even if you go to your activity.

If we told you we will pay your other supportive services, they will be paid in the amount and in the way we told you in this notice.

- To get those supportive services, you must go to the activity the county told you to attend.
- If the amount of supportive services the county pays while you wait for a hearing decision is not enough to allow you to participate, you can stop going to the activity.

**OTHER INFORMATION**

**Medi-Cal Managed Care Plan Members:** The action on this notice may stop you from getting services from your managed care health plan. You may wish to contact your health plan membership services if you have questions.

**Child and/or Medical Support:** The local child support agency will help collect support at no cost even if you are not on cash aid. If they now collect support for you, they will keep doing so unless you tell them in writing to stop. They will send you current support money collected but will keep past due money collected that is owed to the county.

**Family Planning:** Your welfare office will give you information when you ask for it.

**Hearing File:** If you ask for a hearing, the State Hearing Division will set up a file. You have the right to see this file before your hearing and to get a copy of the county's written position on your case at least two days before the hearing. The state may give your hearing file to the Welfare Department and the U.S. Departments of Health and Human Services and Agriculture. **(W&I Code Sections 10850 and 10950.)**

## TO ASK FOR A HEARING:

- **Fill out this page.**
- Make a copy of the front and back of this page for your records. If you ask, your worker will get you a copy of this page.
- **Send or take this page to:**

  Appeals & State Hearing Section
  P.O. Box 18890
  Los Angeles, CA 90018
  **OR**
- **Call toll free: 1-800-952-5253** or for hearing or speech impaired who use TDD, **1-800-952-8349**

**To Get Help: You can ask about your hearing rights or for a legal aid referral at the toll-free state phone numbers listed above.** You may get free legal help at your local legal aid or welfare rights office.
Local Legal Aid Office: 800-399-4529 ext.3901
State Welfare Rights Organization: 310-603-3341
California Coalition of Welfare Rights Organization: 916-736-0616

**If you do not want to go to the hearing alone, you can bring a friend or someone with you.**

### HEARING REQUEST

I want a hearing due to an action by the Welfare Department of
_____ County about my:

☐ Cash Aid    ☐ CalFresh(Food Stamps) ☐ Medi-Cal
☐ Other   (list) _____
**Here's why:** _____
_____
_____
_____
_____

☐ **If you need more space, check here and add a page.**

☐ I need the state to provide me with an interpreter at no cost to me. (A relative or friend cannot interpret for you at the hearing.)

My language or dialect is: _____

| NAME OF PERSON WHOSE BENEFITS WERE DENIED, CHANGED OR STOPPED | |
|---|---|
| BIRTHDATE | PHONE NUMBER |
| STREET ADDRESS | |
| CITY | STATE    ZIP CODE |
| SIGNATURE | DATE |
| NAME OF PERSON COMPLETING THIS FORM | PHONE NUMBER |

☐ **I want the person named below to represent me at this hearing. I give my permission for this person to see my records or go to the hearing for me. (This person <u>can be</u> a friend or relative but cannot interpret for you.)**

| NAME | PHONE NUMBER |
|---|---|
| STREET ADDRESS | |
| CITY | STATE    ZIP CODE |

TEMP NA BACK 9  (TEMPORARILY REPLACES NA BACK 8 AND EP 5) (REVISED 9/2011) REQUIRED FORM - NO SUBSTITUTE PERMITTED

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☒ )

Johnson Jocelyn A

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

County of Los Angeles D.P.SS,
Sylvia D Franco,
Maritza Cedeno

ORIGINAL

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)

Johnson Jocelyn A
5329 Clark Street
Lynwood CA, 90262

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **PERSONAL PROPERTY** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL PROPERTY** | ☐ 370 Other Fraud | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 371 Truth in Lending | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Matters | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | ☐ 440 Other Civil Rights | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 441 Voting | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/ Accomodations | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☒ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 448 Education | ☐ 790 Other Labor Litigation | |
| | | | | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number:   CV14-04407

CV-71 (09/13)   CIVIL COVER SHEET   Page 1 of 3

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No | ☐ Los Angeles | Western |
| If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF? Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT? Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| ☐ Yes  ☒ No | ☐ Los Angeles | ☐ Los Angeles | Western |
| If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of claims arose: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**C.1. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column D

☐ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | Western |

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**IX(a). IDENTICAL CASES**: Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):**  *Jocelyn Annette Johnson*    DATE: *June 6, 2014*

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |