JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELYN ANNETTE JOHNSON, | Case No. CV 14-4407-JLS (KK) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Plaintiff's Second Amended Complaint is dismissed without leave to amend and this action is dismissed with prejudice.

Dated: August 14, 2015

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE